ST. BERNARD PARISH GOVERNMENT          *          NO. 2019-CA-0604

                                        *          COURT OF APPEAL

VERSUS                                  *          FOURTH CIRCUIT

RICHARD PERNICIARO, ET AL.              *          STATE OF LOUISIANA

                                        *

                                        *

                              * * * * * * *


CHASE, J., CONCURS IN THE RESULT